IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| KYLE DAVIS and RAMON AYALA, | ) | |
| | ) | 05 C 1967 |
| Plaintiff, | ) | |
| | ) | JUDGE HOLDERMAN |
| v. | ) | |
| | ) | Magistrate Judge Mason |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle the individual claims for damages in this matter, and the respective parties being represented by counsel, plaintiffs Kyle Davis and Ramon Ayala, by their attorney, Locke E. Bowman, and the defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court, after reviewing the Release and Settlement Agreement, finding it to be fair and reasonable, and being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

1. All of the individual claims for damages of plaintiffs Kyle Davis and Ramon Ayala, against the defendant City of Chicago, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

2. The Court retains jurisdiction to enforce the provisions of the Release and Settlement Agreement filed herein and this Agreed Order of Dismissal.

3. The Court retains jurisdiction over plaintiff Kyle Davis' claims, on behalf of himself and the class certified in this case, for declaratory and injunctive relief.

ENTER

_____
JAMES F. HOLDERMAN
United States District Court

Date: April 24, 2006